1018

No. 02–196.  NATIONAL PARK HOSPITALITY ASSN. *v.* DEPARTMENT OF THE INTERIOR ET AL.  C. A. D. C. Cir.  Certiorari granted.

No. 02–322.  DEPARTMENT OF THE TREASURY, BUREAU OF ALCOHOL, TOBACCO AND FIREARMS *v.* CITY OF CHICAGO, ILLINOIS.  C. A. 7th Cir.  Certiorari granted.

No. 01–10925.  JONES *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 02–139.  SAMUEL *v.* WISCONSIN.  Sup. Ct. Wis.  Certiorari denied.

No. 02–183.  PRATER ET AL. *v.* CITY OF BURNSIDE, KENTUCKY, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 02–191.  YOHN *v.* UNIVERSITY OF MICHIGAN REGENTS ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 02–214.  GREENWAY ENTERPRISES, INC. *v.* CASIANO.  Sup. Ct. Mont.  Certiorari denied.

No. 02–252.  VIZCAINO ET AL. *v.* WAITE ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 02–305.  MOORE, ATTORNEY GENERAL OF MISSISSIPPI, ET AL. *v.* CHAMBER OF COMMERCE OF THE UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 02–332.  COMBS, FDBA WATER'S EDGE APARTMENTS *v.* FAIR HOUSING OF MARIN.  C. A. 9th Cir.  Certiorari denied.

No. 02–343.  LUTHER *v.* BURTON ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 02–369.  SUTHERLAND *v.* CITY OF BIRMINGHAM, ALABAMA.  Sup. Ct. Ala.  Certiorari denied.